THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA LYNN PANCHAK and
THOMAS PANCHAK,

Plaintiffs,

vs. Case No: 8:26-cv-02503

TYLER SCOTT RAYMO and THE
STANDARD FIRE INSURANCE
COMPANY,

Defendants.
_________________________________ /

# NOTICE OF DESIGNATION OF LEAD COUNSEL

Elizabeth Dehaan, Esq. of Banker Lopez Gassler P.A. hereby files her Notice of Designation of Lead Counsel for Defendant, THE STANDARD FIRE INSURANCE COMPANY.

Dated August 26, 2026.

Respectfully submitted:

*/s/ Elizabeth Dehaan*

Elizabeth Dehaan, Esquire
Florida Bar No: 105846
BANKER LOPEZ GASSLER P.A.
4415 Metro Parkway, Suite 208
Fort Myers, FL 33916
Tel No: (239) 322-1300
Fax No: (239) 322-1310

Email: service-edehaan@bankerlopez.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically served via the Court's CM/ECF System, this 26th day of August, 2026, on the following counsel of record identified below:

Maxwell A. Shrem, Esq
HALE LAW
2803 Fruitville Road, Suite 240
Sarasota, Florida 34237
Tel No: (941) 735-4529
Fax No: (941) 718-4757
service@halelaw.com
max@halelaw.com
*Counsel for Plaintiffs*

*/s/ Elizabeth Dehaan*
Elizabeth Dehaan, Esquire
Florida Bar No: 105846
BANKER LOPEZ GASSLER P.A.
4415 Metro Parkway, Suite 208
Fort Myers, FL 33916
Tel No: (239) 322-1300
Fax No: (239) 322-1310
Email: service-edehaan@bankerlopez.com
*Attorneys for Defendant*